S. NICOLIA & SONS REALTY CORP., Appellant, v A.J.A. CONCRETE READY MIX, INC., Doing Business as AJA CONCRETE, INC., et al., Respondents.

Submitted October 13, 2015; decided November 24, 2015

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

LYNDSEY WILCOX, Appellant, v NEWARK VALLEY CENTRAL SCHOOL DISTRICT et al., Respondents, et al., Defendants.

Submitted October 26, 2015; decided November 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of YUJUAN SHENG, Appellant, v TIME WARNER CABLE, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted November 2, 2015; decided November 24, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.